UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRIS R. JONES, SR.,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>LAS VEGAS VALLEY WATER DISTRICT, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:14-cv-01152-GMN-NJK<br><br>ORDER DENYING DISCOVERY PLAN<br><br>(Docket No. 66) |

Pending before the Court is Plaintiff's proposed discovery plan and scheduling order (Docket No. 66), which is hereby **DENIED** without prejudice. Plaintiff's proposed discovery plan is deficient in numerous ways. First, pursuant to Local Rule 26-1(d), the parties are required to submit a <u>stipulated</u> discovery plan and scheduling order fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference. The proposed discovery plan has not been stipulated to by Defendants. Second, the plan must state the date the first defendant answered or otherwise appeared. Local Rule 26-1(e)(1). The plan fails to do so.

Third, Plaintiff's proposed discovery plan fails to include "a statement of the reasons why longer or different time periods should apply to the case." Local Rule 26-1(d). Local Rule 26-1(e)(1) establishes 180 days, measured from the date the first defendant answers or otherwise appears, as a presumptively reasonable time to complete discovery. Where more than 180 days of discovery are sought, the proposed discovery plan must provide an explanation why the parties believe additional time is required. Local Rule 26-1(d). Here, Plaintiff requests 180 days from the

date of the Order to Show Cause, without providing a reason why a longer time period should apply. Docket No. 16, at 1. Fourth, Plaintiff's proposed discovery plan fails to include the deadline for filing the interim status report. *See* Local Rule 26-2.

Accordingly,

Plaintiff's proposed discovery plan (Docket No. 66) is hereby **DENIED** without prejudice. The parties are **ORDERED** to submit a stipulated discovery plan, that complies with the Local Rules, no later August 17, 2015.

IT IS SO ORDERED.

DATED: August 10, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge