# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRIS R. JONES, SR., | Case No. 2:14-cv-01152-GMN-NJK |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO STAY DISCOVERY |
| LAS VEGAS VALLEY WATER DISTRICT, et al., | (Docket No. 69) |
| Defendants. | |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss with prejudice. *See* Docket No. 69; *see also* Docket No. 57 (motion to dismiss). Plaintiff has failed to file a response. *See* Docket. The Court finds the matter properly resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the motion to stay is hereby **GRANTED**.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the

1 | merits of the potentially dispositive motion and is convinced that the plaintiff will be unable to state a
2 | claim for relief. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).[1]

3 | Having reviewed the underlying motion to dismiss, the Court finds that these elements are
4 | present in this case and **GRANTS** the motion to stay discovery. Docket No. 69. If the motion to
5 | dismiss is not granted in full, the parties shall file a proposed discovery plan within seven days of the
6 | issuance of the order resolving the motion to dismiss.

7 | IT IS SO ORDERED.
8 | DATED: September 1, 2015.

10 | _____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits. *See Tradebay*, 278 F.R.D. at 603. The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome. *See id.*